■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUBIN CORTEZ, Appellant, v JOHN WILMOT, as Superintendent of the Elmira Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court at Special Term, entered April 22, 1977 in Chemung County, which dismissed a writ of habeas corpus after a hearing. The issue is whether the New York State Board of Parole may add delinquent reformatory time to a subsequent maximum expiration date imposed for a crime committed while on parole. The Court of Appeals in *Matter of Balmer v New York State Bd. of Parole* (42 NY2d 939) found that such an addition of reformatory time would violate a convict's right to due process. We reached a similar result in *Matter of Dixon v Chairman, N. Y. State Bd. of Parole* (58 AD2d 933). Judgment reversed, on the law, without costs, and matter remitted for further proceedings not inconsistent herewith. Mahoney, P. J., Sweeney, Kane, Main and Larkin, JJ., concur.